UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TAVIS GAUDET, <br><br> Defendant, <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Garnishee. | NO. MC22-0001RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Tavis Gaudet, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, JPMorgan Chase Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on January 4, 2022.

Dated this 6th day of January, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1